*curiae* granted.   Certiorari denied.

No. 87–6745.   THOMPSON *v.* LOUISIANA.   Sup. Ct. La.;
No. 87–6830.   COKER *v.* TENNESSEE.   Sup. Ct. Tenn.;
No. 87–6956.   HAMILTON *v.* ALABAMA.   Sup. Ct. Ala.;
No. 87–6962.   CONE *v.* TENNESSEE.   Ct. Crim. App. Tenn.;
No. 87–6979.   WALLS *v.* MISSOURI.   Sup. Ct. Mo.;
No. 87–6981.   MURRAY *v.* MISSOURI.   Sup. Ct. Mo.;
No. 87–7018.   HARDING *v.* LEWIS, DIRECTOR, ARIZONA DE-PARTMENT OF CORRECTIONS.   C. A. 9th Cir.;
No. 87–7047.   REMETA *v.* FLORIDA.   Sup. Ct. Fla.;
No. 87–7088.   JONES *v.* ALABAMA.   Sup. Ct. Ala.;
No. 87–7117.   ANDREWS *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 87–7145.   BLANKENSHIP *v.* GEORGIA.   Sup. Ct. Ga.;
No. 87–7158.   CORRELL *v.* FLORIDA.   Sup. Ct. Fla.;
No. 87–7190.   BATTLE *v.* MISSOURI.   Ct. App. Mo., Eastern Dist.;
No. 87–7217.   JACKSON *v.* FLORIDA.   Sup. Ct. Fla.;
No. 87–7235.   WHITE *v.* DUGGER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.   Sup. Ct. Fla.;
No. 87–7264.   CADE *v.* ALABAMA.   Sup. Ct. Ala.;
No. 87–7265.   PUIATTI *v.* FLORIDA.   Sup. Ct. Fla.;
No. 87–7335.   WALDROP *v.* ALABAMA.   Ct. Crim. App. Ala.;
No. 87–7352.   HARDWICK *v.* FLORIDA.   Sup. Ct. Fla.;
No. 88–271.   POYNER *v.* BAIR, WARDEN.   Sup. Ct. Va.;
No. 88–272.   POYNER *v.* BAIR, WARDEN.   Sup. Ct. Va.;
No. 88–273.   POYNER *v.* BAIR, WARDEN.   Sup. Ct. Va.;
No. 88–5007.   O'DELL *v.* VIRGINIA.   Sup. Ct. Va.;
No. 88–5009.   JONES *v.* MISSOURI.   Sup. Ct. Mo.;
No. 88–5032.   RUIZ *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 88–5034.   MINCEY *v.* GEORGIA.   Sup. Ct. Ga.;
No. 88–5049.   JENKINS *v.* OHIO.   Ct. App. Ohio, Cuyahoga County;
No. 88–5052.   THOMPKINS *v.* ILLINOIS.   Sup. Ct. Ill.;
No. 88–5066.   BUEHL *v.* PENNSYLVANIA.   Sup. Ct. Pa.;
No. 88–5075.   DAUGHERTY *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.;
No. 88–5091.   HOVEY *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 88–5107.   HOWARD *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 88–5112.   KIMBLE *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 88–5114.   MAK *v.* WASHINGTON.   Sup. Ct. Wash.;

No. 88–5138.   FLEENOR *v.* INDIANA.   Sup. Ct. Ind.;
No. 88–5147.   MIDDLETON *v.* SOUTH CAROLINA.   Sup. Ct. S. C.;
No. 88–5178.   STEPHENS *v.* KEMP, WARDEN.   C. A. 11th Cir.;
No. 88–5190.   JOHNSON *v.* OKLAHOMA.   Ct. Crim. App. Okla.; and
No. 88–5194.   FREE *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–6983.   MUNOZ *v.* CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.

No. 87–6984.   SHARP *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

JUSTICE BRENNAN, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth